## Commonwealth *v.* Lee, Appellant.

Argued September 10, 1974. *Harry L. Green,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lewis, Appellant.

Before WIEAND J., without a jury.

Submitted September 9, 1974. *Charles J. Hair,* Assistant Public Defender, for appellant; *James Knoll Gardner,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.